THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

(Argued April 15, 1890; decided April 29, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, in favor of the plaintiff, entered upon an order made December 11, 1889, on a controversy submitted.

*David Willcox* for appellant.

*Charles F. Tabor, Attorney-General,* for respondent.

Agree to affirm on opinion below.
All concur, except PECKHAM J.. not sitting.
Judgment affirmed.

------

WILLIAM A. Fox, Respondent, *v.* THE VILLAGE OF FORT EDWARD, Appellant.

(Argued April 15, 1890; decided April 29, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 17, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*L. H. Northrup* for appellant.

*J. S. D'Amoreaux* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.